# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| KHAMIS KOMBO,<br><br>          Petitioner,<br><br>    v.<br><br>A. NEIL CLARK, Field Office Director, U.S. Immigration and Customs Enforcement,<br><br>          Respondent. | CASE NO. C09-1060-RAJ-JPD<br><br>REPORT AND RECOMMENDATION |

On July 24, 2009, petitioner, proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his detention by the U.S. Immigration and Customs Enforcement ("ICE"). (Dkt. No. 6.) On October 22, 2009, however, respondent filed a Motion to Supplement Return Memorandum and Motion to Dismiss along with documentation, indicating that on October 19, 2009, petitioner was released from ICE custody under an order of supervision. (Dkt. No. 15.) Respondent asserts that because petitioner has been accorded all the relief sought in his habeas petition – release from detention – his Petition for Writ of Habeas Corpus is now moot and should be dismissed. *Id*.

For a federal court to have jurisdiction, "an actual controversy must exist at all stages of the litigation." *Biodiversity Legal Foundation v. Badgley*, 309 F.3d 1166, 1173 (9th Cir. 2002). "When a controversy no longer exists, the case is moot." *Id*. Because petitioner is no longer

REPORT AND RECOMMENDATION - 1

detained by ICE, the Court finds that petitioner's habeas petition should be dismissed as moot. *See, e.g., Cooney v. Edwards*, 971 F.2d 345, 346 (9th Cir. 1992) (holding that the District Court properly dismissed plaintiff's claims that had become either moot or unripe).  Accordingly, I recommend that this action be dismissed.  A proposed Order accompanies this Report and Recommendation.

DATED this 29th day of October, 2009.

/s/ James P. Donohue

JAMES P. DONOHUE
United States Magistrate Judge